UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE DANIELLE BATES,<br><br>              Petitioner,<br><br>   v.<br><br>HOWARD C. BARRON,<br><br>             Respondent. | Case No. C23-1053-TSZ-SKV<br><br>REPORT AND RECOMMENDATION |

      Petitioner attempted to initiate this habeas action on July 13, 2023, by asking the Court for permission to proceed *in forma pauperis* (IFP). Dkt. 1. However, Petitioner failed to file an IFP application or provide a certified copy of her prison trust account statement, as required for the Court to consider her IFP request. On July 14, 2023, the Clerk's office, by letter, directed Petitioner to file a corrected IFP application by August 14, 2023. Dkt. 2. The letter noted that failure to comply may result in dismissal of this case. *Id.*

      To date, the Court has not received a corrected IFP application from Petitioner. Accordingly, the Court recommends that Petitioner's request to proceed IFP, Dkt. 1, be DENIED. This action should proceed only if Petitioner pays the $5.00 filing fee within **thirty**

REPORT AND RECOMMENDATION - 1

**(30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 15, 2023**.

Dated this 22nd day of August, 2023.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2