UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE DANIELLE BATES,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD C BARRON,<br><br>Defendant. | CASE NO. C23-1053-KKE-SKV<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Petitioner's request to proceed IFP, Dkt. No. 1, is DENIED. Petitioner is directed to pay the full filing fee of $5.00 within **thirty (30) days** of the date of the signature below. If the filing fee is not paid, this case will be dismissed;

(3) The Clerk shall file the petition only on receipt of the filing fee. If no filing fee is paid within **thirty (30) days** of the date of this Order, the Clerk is directed to close the file; and

ORDER - 1

(4) The Clerk is directed to send copies of this Order to Petitioner and to Judge Vaughan.

Dated this 10th day of October, 2023.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER - 2